**RECOMMENDATION TERMINATING
SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number:  2:03CR00324-01** |
| ) | |
| **Alvin Dizon ROQUE** ) | |
| ) | |

**LEGAL HISTORY:**

On October 5, 1999, the above-named was sentenced to 63 months in the custody of the Bureau of Prisons to be followed by a term of Supervised Release for a period of 5 years, which commenced on April 3, 2003.  Special conditions included: Refrain from unlawful use of controlled substances; Refrain from the use of alcohol; Submit to mandatory drug testing; Participate in drug/alcohol and mental health counseling; Obtain and maintain gainful employment; and Perform 200 hours of community service. On June 30, 2003, conditions of supervision were modified to include a Search condition.

Mr. Roque is supervised in the Eastern District of California.  Jurisdiction was transferred from the District of Guam on July 10, 2003.

**SUMMARY OF COMPLIANCE:**

He has complied with all conditions and special conditions of Supervised Release, and has not been involved in any further criminal activities.  It is the opinion of the probation officer that Mr. Roque has derived maximum benefit from supervision and is not in need of continued supervision.

RE:   Alvin Dizon ROQUE
      Docket Number:   2:03CR00324-01
      **RECOMMENDATION TERMINATING**
      **SUPERVISED RELEASE  PRIOR TO EXPIRATION DATE**

**RECOMMENDATION:**

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

                    Respectfully submitted,


                    /s/ Deborah A. Spencer
                    **DEBORAH A. SPENCER**
                    **Supervising United States Probation Officer**

Dated:      July 11, 2007
            Elk Grove, California
            DAS/cj


cc:     AUSA Office (to be assigned) (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)

PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:03CR00324-01** |
| ) | |
| **Alvin Dizon ROQUE** ) | |
| ) | |

On April 3, 2003, the above-named was placed on Supervised Release for a period of 5 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Deborah A. Spencer
**DEBORAH A. SPENCER
Supervising United States Probation Officer**

Dated:   July 11, 2007
             Elk Grove, California
             DAS/cj

**RE:   Alvin Dizon ROQUE**
      **Docket Number:   2:03CR00324-01**
      **ORDER TERMINATING SUPERVISED RELEASE**
      **<u>PRIOR TO EXPIRATION DATE</u>**

---

### ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervision, and that the proceedings in the case be terminated.

Date:  August 8, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Attachment:   Recommendation
cc:     United States Attorney's Office
        FLU Unit, AUSA's Office
        Fiscal Clerk, Clerk's Office